## FIRST DISTRICT.

George W. Cummings, defendant in error, v. Bosidor Dulich, plaintiff in error. Gen. No. 28,315.
Action for trespass. Judgment against defendant. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with finding of fact. Opinion filed October 2, 1923.
Pierre G. Beach and Gottlieb, Schwartz & Markheim, for plaintiff in error; Harry Markheim and Wilbert F. Crowley, of counsel. Charles G. Hendricks and William T. Pridmore, for defendant in error.
Mr. Presiding Justice Gridley delivered the opinion of the court.

In re estate of Clarence M. Bailey, deceased.
Laura Booth, appellee, v. Henry W. Leman, administrator, appellant. Gen. No. 28,370.
Claim against deceased's estate for services rendered. Finding for claimant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.
Frank H. Culver, for appellant. Thomas McCall, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Charles J. Nyquist, administrator of the estate of Roger Edward Nyquist, deceased, appellee, v. Elmer E. Vaughn, appellant. Gen. No. 28,388.
Action for damages for death of minor child by being struck by automobile. Judgment for administrator. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.
Lannen & Hickey, for appellant. John A. Bloomingston, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.